AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JUAN A. ZABALA,

*Plaintiff*

v.

FRANK T. ROGERS, NOAH STEWART, OKANOGAN COUNTY, STEVEN M. CLEM, W. GORDON EDGAR and DOUGLAS COUNTY,

*Defendant*

Civil Action No. 4:15-CV-5056-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The First Amended Complaint and the claims therein are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: October 29, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer